

**EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BIHAR SCHOOL OF YOGA
Through
NORTH AMERICAN GURUKUL, INC.,

                Plaintiff,

      - against -

AMAZON.COM, INC.;
JOHN DOES CORPORATIONS 1-5;
JOHN DOES NOS. 1-5,

               Defendants.

------------------------------------------------------------x

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for plaintiff and for Amazon.com, Inc. in this action, that this action is hereby dismissed as against Amazon.com, Inc., with prejudice and without costs to either party.

Dated: August 16, 2012

KAUSHIK & ASSOCIATES, PLLC

By: *Nitin Kaushik*
Nitin Kaushik, Esq.
(nkaushik@kaushiklex.com)
38 West 32nd Street, Suite 1511
PO Box 20310
New York, NY 10001-0310
(212) 380-1029

*Attorneys for Plaintiff Bihar School of Yoga Through North American Gurukul, Inc.*

FRIEDMAN KAPLAN SEILER
  & ADELMAN LLP

By: _____
Jeffrey R. Wang, Esq.
(jwang@fklaw.com)
7 Times Square
New York, NY 10036-6516
(212) 833-1100

*Attorneys for Defendant Amazon.com, Inc.*

SO ORDERED:

_____
U.S.D.J.

Dated: _____, 2012

2737728.2